**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 20-7510**

JARVIS GIBBS,

                Plaintiff - Appellant,

      v.

SCDC; BRIAN STIRLING, Director; WARDEN D. STONEBREAKER, Warden;
SOUTH CAROLINA DEPARTMENT OF CORRECTIONS,

                Defendants - Appellees.

Appeal from the United States District Court for the District of South Carolina, at Rock
Hill.  Mary G. Lewis, District Judge.  (0:20-cv-02163-MGL-PJG)

Submitted:  February 23, 2021                Decided:  February 26, 2021

Before MOTZ, KEENAN, and HARRIS, Circuit Judges.

Remanded by unpublished per curiam opinion.

Jarvis Gibbs, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jarvis Gibbs seeks to appeal the district court's order dismissing his complaint for failure to prosecute. Gibbs argued in his notice of appeal, and the record suggests, that he did not receive timely notice of the entry of the district court's dismissal order. *See* Fed. R. App. P. 4(a)(6)(A). Because the 30-day appeal period is jurisdictional, *Bowles v. Russell*, 551 U.S. 205, 214 (2007), we remand the case for the limited purpose of allowing the district court to determine whether to reopen the time to file an appeal pursuant to Fed. R. App. P. 4(a)(6). The record, as supplemented, will then be returned to this court for further consideration.

*REMANDED*